**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 33  
**IP Address:** 98.113.234.211  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: BB867A0C639C271CB353CB49B961C206CA95A6F3<br>File Hash: FDD1F54196BFEE904FD76A1DC50BB3883C4D2C0C41C0F8F25F9037793AE8FD0F | 11/24/2020 20:51:57 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 2 | Info Hash: 78F5DACFBD414605C47BD190F5C421E65F70B396<br>File Hash: CD511222B2B9C2EC08F83BF609B40983647A15F8E11488F1B404A72F40126EC8 | 11/24/2020 20:49:30 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 3 | Info Hash: 2F37046EC89B3AD7ED74C2940723618BFD1A4721<br>File Hash: C514F2BD32C577857F7DEA85236C8A90631675FE708B73405AB2480024C50E85 | 11/24/2020 20:49:20 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 4 | Info Hash: 766E1C71FF552FF186850DD63CC9ECC58D923874<br>File Hash: 94A15DB252E3314B361CF8CB9EED99A5F740F31889D0713F562DD49D1050B59C | 11/24/2020 20:48:38 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 5 | Info Hash: 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F<br>File Hash: 6835C1A6441FBAE9898A2B111A27114883EBE7CBE0E452062F4A71AF10D9029D | 11/24/2020 20:47:33 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 6 | Info Hash: 782A70A1745F90A2A7588CF0F389C4021E48D34C<br>File Hash: 07BEE1949E8376342F30CB5180180BEA93CB2ACFC89B72807D303EED3A794500 | 11/10/2020 04:13:52 | Blacked | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 7 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10/14/2020 22:16:27 | Blacked | 09/26/2020 | 10/22/2020 | PA0002261801 |
| 8 | Info Hash: BD854768B2F7F60A088E5A249207DEACEE5A7CD0<br>File Hash: 447C527955F6E538FE6D150312C4E4B5FF83E1EDF58AD42BE5A743D0481BAC0C | 10/09/2020 21:18:44 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 72555676245CA53C457541455A41821330714A7A<br>File Hash: 4FF404477E05C99BDAB75A2082DAD57AF4A52BF2271449F1448891B4CD1A1BC9 | 10/09/2020 20:01:51 | Blacked | 03/11/2019 | 03/31/2019 | PA0002163979 |
| 10 | Info Hash: B9B81CF9CBB5D7F20ABD0C5309DBDA097FB73E8F<br>File Hash: 0849B9D7F5C9F028EE9A411A4BF78ABD002C61F54554764DDDEE9A1D9EBD3E91 | 10/09/2020 20:01:22 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 11 | Info Hash: 1D09A70C1B7EE12B7E8319223FAE9F86803687AE<br>File Hash: 2DC13D6F7E5DC0065B6204BB49D581AC53473C2268E0F19B9E0454B382C60818 | 10/09/2020 20:01:20 | Tushy | 06/30/2019 | 07/17/2019 | PA0002188300 |
| 12 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 02/28/2020 09:04:57 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 13 | Info Hash: D7849F96160CA679A287B837FEFE40DDEA87571B<br>File Hash: 0A445E74466B1700F1F7402E2C9F03169006656C8BA6A80CD36958EF9C0589E1 | 02/28/2020 09:04:56 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 14 | Info Hash: C6AACF8B5EBC7F41C26EBB07A4DABE1287B3C675<br>File Hash: 2D4D64E994B54F6310EAF6658524F2A7B0F98B62A56F4F9B5A2EE8CC25656EB5 | 02/28/2020 09:04:49 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 15 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 02/28/2020 09:04:38 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 16 | Info Hash: E401EDC19B0CCB7625B52FEE8B163E03FFF0EF0E<br>File Hash: CFA72EA152DD827C145166E600349017CCEFD9C1FCDA3374115C2BCAD05C0681 | 02/28/2020 09:04:33 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 17 | Info Hash: 1D946378C32710A9E9D8A25EA87493FDE0146508<br>File Hash: 0E0D12E5DC1AF250B4E5BEA2EAB4B20980D42D01276550884CE24AECC733C7E1 | 02/28/2020 09:04:32 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 29130B960BB428F5974534842026BE29B91A07B1<br>File Hash: 5C1F3E6C14913CE175062611F2B092C20291A5F267A30F048ED3EE8533523F71 | 02/28/2020 09:04:30 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 19 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 02/13/2020 04:52:22 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 20 | Info Hash: 85D5FBF147E9471F935771CE52471E3036270454<br>File Hash: EAB8E6D30F1883FA3F49D977A869EDE2D2BA07BE3D0BCAED655D06473CDBB37F | 01/26/2020 15:59:46 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 21 | Info Hash: DE00285CDC5F2F3A2D02D98133147476F144C14D<br>File Hash: 395ACDAEEFF369C0DDDE0DDD3850ACCA1AC20A12CC5EAC8F2173EA2F8AA2B3EF | 01/26/2020 15:30:29 | Vixen | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 22 | Info Hash: 26027D4BBA9366856012B8C062375891C7926188<br>File Hash: 518F49722D012458CA767399DC4F77F113BD0897F82DBFAE6ECE845BCC7BD399 | 01/26/2020 15:29:44 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 23 | Info Hash: 5C9F29F4D7AE83B65CB4E13C89D7FE673971640E<br>File Hash: 73B874E184DD5E4934F226B7CF8CD6B8E037651A1AAB76E966B3F53D04B4DB23 | 05/09/2019 03:20:17 | Tushy | 03/22/2019 | 04/08/2019 | PA0002164887 |
| 24 | Info Hash: 8196AEE0CF515EDBB438D7F95889E8DDE5E79322<br>File Hash: D35EF9BAB1D236200982A0DDA39DB653C3D1EBB93EE17B91D72862CDA753BD10 | 05/09/2019 03:03:50 | Blacked | 04/30/2019 | 06/03/2019 | PA0002178774 |
| 25 | Info Hash: E12FD4D629A309DFE8E61034EB8298524FDBCC27<br>File Hash: E4FA77028F32957B197A68C5F49C8DDD0C66A195DA3B303754FB10665E0F992D | 05/09/2019 03:02:38 | Vixen | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 26 | Info Hash: 44F6C759F4752247486CF56C77F44FEA0E1065F2<br>File Hash: B5F3A600958B723AD756C1824A61F32D79C2951D7DE7885026524896D4719DE7 | 05/09/2019 03:02:08 | Tushy | 11/17/2017 | 01/04/2018 | PA0002069336 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A66737A2C0C052A322F7121CB249A59EEBB0E177<br>File Hash: 558DA8F10F05218293F987B318E413D73681888BC53AF9C5FF679D509FF7AF83 | 04/26/2019 21:33:36 | Blacked | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 28 | Info Hash: 901129DA9629352ECBB99FF90FE06A5F749AF4DD<br>File Hash: 85A7466AB207044CB5BC6CCE07196BAD5B9332BE73381F73EF3600069E0123E2 | 04/05/2019 07:11:51 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 29 | Info Hash: 2CB9141F13EA85096BC504ED39E5CBCD25983B19<br>File Hash: A116D3BED05F6DD226D58A71AFCD167970C507F1B10DCD4306EA08F55BFE4621 | 04/05/2019 07:11:41 | Vixen | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 30 | Info Hash: 6F163C383995F829D551524573789A6FEC5C22D5<br>File Hash: 661E619DD876DBDCE24A539D97D0914E43B04D80F5CC45273F7B638EEB2EE3F4 | 04/05/2019 07:11:18 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 31 | Info Hash: 6A48CE9FB0655B8EB83A685B47BDD0F54980D6BC<br>File Hash: B03A19C2A34A7675DE7627D3C119CE01426DE8CFBC00D3BB76FEAC0894803F13 | 01/09/2019 08:47:46 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 32 | Info Hash: F42B8996B0AB1CDD26BA12496CA2F0AC1891C34B<br>File Hash: 299362A98572B29D6D84BF5DCCDB43D20FCEE1AC5CC4B272E0FC98A5B5AACC70 | 01/09/2019 07:46:52 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 33 | Info Hash: BEA12C39DF9C1CB6295BF451345FC7AFE5EDBB50<br>File Hash: 74BFE94A22A1AE503CFC1932F5AD24D246D29B424A39F00629A536CC93B83BAF | 01/09/2019 07:00:24 | Vixen | 03/10/2018 | 04/17/2018 | PA0002116743 |