```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    20cv10743(DLC)
STRIKE 3 HOLDINGS, LLC,               :
                                     :         ORDER
                         Plaintiff,   :
            -v-                      :
                                     :
JOHN DOE,                            :
subscriber assigned IP address       :
98.113.234.211,                      :
                                     :
                         Defendant.   :
                                     :
------------------------------------ x
```

DENISE COTE, District Judge:

On November 16, 2021, Plaintiff obtained a Certificate of Default from the Clerk's Office. It is hereby

ORDERED that by **December 17, 2021** plaintiff shall file its request for default in a manner that is compliant with the Southern District of New York ECF Rules and Instructions and this Court's Individual Practices.

Dated:   New York, New York
         December 10, 2021

                                    _____
                                         DENISE COTE
                                    United States District Judge